# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| POLET TCHAKARSKI, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-cv-01587-JCM-LRL |
| INTERNAL REVENUE SERVICE, | ) **ORDER AND RECOMMENDATION** |
| Defendant. | ) |

  Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint (#1) pursuant to 42 U.S.C. § 1983 on August 21, 2009. The court denied his request to proceed *in forma pauperis* and ordered him to pay the filing fee by January 15, 2010. Order (#2). The court further dismissed the Complaint without prejudice for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6). *Id.* The court noted plaintiff had failed to "set forth the particular facts that would entitle him to relief," to "articulate the relief he seeks or the legal grounds for relief." *Id.* The court instructed plaintiff to amend his Complaint to cure the deficiencies listed by the court not later than January 15, 2010. *Id.* Plaintiff was warned that failure to adequately amend the Complaint by January 15, 2010, may result in its dismissal. *Id.* Plaintiff has not filed an amended complaint, nor has he paid the filing fee. On January 14, 2010, plaintiff filed a Notice of Controversy and Second Request for Grand Jury (#3), in which he stated, "Petitioner is unwilling to comment on the said 'Order', and to contribute to starting a new unnecessary controversy." Notice (#3) at 3. Plaintiff further requested a grand jury review of his paperwork. *Id.* This filing is not responsive to the court's order to amend the Complaint. Moreover, the rules do not contemplate "grand jury review" in a civil dispute.

  Accordingly, and for good cause shown,

IT IS RECOMMENDED that this case be dismissed with prejudice.

IT IS ALSO ORDERED that plaintiff's Notice of Controversy and Second Request for Grand Jury (#3) are stricken.

DATED this 12th day of May, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**

2