1
2
3
4

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| POLET TCHAKARSKI, | 2:09-CV-1587 JCM (LRL) |
| --- | --- |
| Plaintiff, | |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

**ORDER**

Presently before the court are the report and recommendation of United States Magistrate Judge Lawrence R. Leavitt.  (Doc. # 4).

Upon reviewing the amended complaint and the application to proceed in forma pauperis, Judge Leavitt recommended that plaintiff's case be dismissed with prejudice.  In his report and recommendation, Judge Leavitt found that plaintiff failed to state a claim upon which relief could be granted.  Judge Leavitt previously instructed plaintiff to file an amended complaint and pay the filing fee or his case might be dismissed.  Although plaintiff filed other documents, plaintiff failed to respond to the court's order to amend the complaint and pay the filing fee.

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling.

Plaintiff filed objections to the report and recommendation in the form of incoherent documents. (Doc. # 5). These objections did not contradict the report and recommendations.

Upon review of the magistrate judge's findings and recommendation (Doc. # 4) and the

**James C. Mahan**
**U.S. District Judge**

1  plaintiff's objections,

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate

3  Judge Lawrence R. Leavitt's report & recommendation (Doc. #4) are AFFIRMED in its entirety.

4  The plaintiff's amended complaint is DISMISSED with prejudice.

5      DATED June 23, 2010.

_____

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -